United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYAL EDWARD GLAUDE,

    Plaintiff,

v.

STATE BAR OF CALIFORNIA BAR PRESIDENT BILL HERBERT and STATE JUDGE JO-LYNNE QUONG LEE,

    Defendants.

No. C 11-00723 JSW

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND AND DENYING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

    The Court has received Plaintiff's complaint and application to proceed *in forma pauperis*, both filed in this Court on February 16, 2011. The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). The *in forma pauperis* statute also provides that the Court shall dismiss the case if at any time the Court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

    It is impossible to discern from Plaintiff's complaint many of the essential details of the events that triggered the lawsuit, the legal theories under which he seeks relief, or the causes of action against any particular named defendant. Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure.

Accordingly, the Court HEREBY DISMISSES the complaint with leave to amend and DENIES the application to proceed *in forma pauperis*. If Plaintiff wishes to pursue this action, he must file an amended complaint by **April 29, 2011**. Failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice. The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that additional assistance may be available by making an appointment with the Legal Help Center, which is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: 04/06/2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE