IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYAL EDWARD GLAUDE,

    Plaintiff,

v.

STATE BAR OF CALIFORNIA BAR PRESIDENT BILL HERBERT and STATE JUDGE JO-LYNNE QUONG LEE,

    Defendants.

No. C 11-00723 JSW

**SECOND ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND AND DENYING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

On April 6, 2011, this Court issued an order that Plaintiff, appearing pro se in this action, had failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. Accordingly, the Court dismissed the original complaint with leave to amend and denied Plaintiff's application to proceed *in forma pauperis*. The Court required that Plaintiff file an amended complaint by no later than April 29, 2011, setting forth a cognizable claim.

On April 19, 2011, this Court received Plaintiff's verified amended complaint. However, although plaintiff invokes the Fourteenth Amendment's protection to provide equal protection of the laws, it is again impossible to discern from Plaintiff's amended complaint many of the essential details of the events that triggered the lawsuit, the legal theories under which he seeks relief, or the causes of action against any particular named defendant. Plaintiff has again failed to set forth "a short and plain statement of the claim" pursuant to Federal Rule of Civil Procedure 8.

1  Accordingly, the Court HEREBY DISMISSES the amended complaint without leave to
2  amend and DENIES the application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(e)(2).
3  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 26, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GLAUDE et al,

    Plaintiff,

v.

HERBERT et al,

    Defendant.

Case Number: CV11-00723 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Royal Edward Glaude
8096 Juniper Avenue
Newark, CA 94560

Dated: April 26, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk